[Cite as *Thomas v. Tibbals*, 2011-Ohio-6087.]

# Court of Appeals of Ohio

EIGHTH APPELLATE DISTRICT
COUNTY OF CUYAHOGA

JOURNAL ENTRY AND OPINION
**No. 97519**

## GARY THOMAS

RELATOR

VS.

## WARDEN TERRY TIBBALS

RESPONDENT

**JUDGMENT:**
**PETITION DISMISSED**

Writ of Habeas Corpus
Order No. 449455

**RELEASE DATE:**  November 21, 2011

**FOR RELATOR**

Gary Thomas, pro se
Inmate #A601-988
Mansfield Correctional Institution
1150 N. Main Street
Mansfield, Ohio 44901


**ATTORNEY FOR RESPONDENT**
**WARDEN TERRY TIBBALS**

Mike DeWine
Ohio Attorney General

By: Gregory T. Hartke
Assistant Attorney General
Criminal Justice Section – Habeas Unit
State Office Building, 11th Floor
615 West Superior Avenue
Cleveland, Ohio 44113-1899


COLLEEN CONWAY COONEY, J.:

{¶ 1} Gary Thomas has filed a petition for a writ of habeas corpus seeking immediate release from prison. Sua sponte, we dismiss the petition for lack of territorial jurisdiction because Thomas is incarcerated at the Mansfield Correctional Institution located in Mansfield, Ohio.

**{¶ 2}** One of the basic requirements for the issuance of a writ of habeas corpus is that, regardless of where the petitioner was convicted, the petition can only be brought and proceed in the county where he is actually incarcerated. *Bridges v. McMackin* (1989), 44 Ohio St.3d 135, 541 N.E.2d 1035. This court does not possess the authority to order the release of a person from prison unless the prison lies within our territorial jurisdiction, which is Cuyahoga County. *State ex rel. Durham v. Wilson*, Cuyahoga App. No. 85928, 2005-Ohio-757; *State ex rel. Lewis v. Morgan* (June 17, 1999), Cuyahoga App. No. 76314; *State ex rel. Mays v. McFaul* (Mar. 18, 1999), Cuyahoga App. No. 75833. Since Thomas is not incarcerated in Cuyahoga County, we lack jurisdiction to address the petition for a writ of habeas corpus.

**{¶ 3}** Accordingly, we sua sponte dismiss the petition for a writ of habeas corpus. Costs to Thomas. It is further ordered that the Clerk of the Eighth District Court of Appeals serve notice upon all parties as required by Civ.R. 58(B).

Petition dismissed.

_____
COLLEEN CONWAY COONEY, JUDGE

MARY J. BOYLE, P.J., and
KATHLEEN ANN KEOUGH, J., CONCUR